in
»-,?¢*¢,¢
.W
l
w

NG. 27884

¢
¢ .§
5 

 

_se\xv,=_=<(
§?§ §
r\'i"'\¢;? "»:

IN THE SUPREME COURT OF THE STATE OF HAWAj1

 

CORINNA KEHAULANI BAYLEY, P@CiCiOU@Y/Pl3iHCiff~App@ilG@,
VS .

THOMAS McDOWELL BAYLEY, Respondent/Defendant~Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC~D NO. 99-OSl3)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: RecktenWald, J. for the courtW

Petitioner/Plaintiff~Appellee Corinna Kehaulani
Bayley’S application for writ of certiorari filed on December 2l,

2009, is hereby rejected.

DATED: Honolulu, HawaiEq February 4, 20lO.

 

FOR THE C@URT:
/V7ZmA4 /45 b¢A7§“4‘4(5

AsSociate JuStice

Robert M. HarriS and
Judith A. Schevtchuk
for petitioner/
plaintiff-appellee,
on the application.

1 ConSidered by: M0on, C.J., Nakayama, Acoba, Duffy, and Recktenwald,

JJ.

.`l,,

view
c